People v Merchant
2026 NY Slip Op 03981
June 24, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,
v
Courtney S. Merchant, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on June 24, 2026
2023-09637, (Ind. No. 34/21)
Betsy Barros, J.P.
Valerie Brathwaite Nelson
Barry E. Warhit
Lourdes M. Ventura
Susan Quirk, JJ.

Patricia Pazner, New York, NY (Christiana Johnson of counsel), for appellant.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill and Danielle S. Fenn of counsel; Sarah Walter on the memorandum), for respondent.

[*1]
DECISION & ORDER
Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Gary F. Miret, J.), imposed September 29, 2023, upon his plea of guilty, on the ground that the fine imposed as part of the sentence was excessive.
ORDERED that the sentence is affirmed.
Contrary to the defendant's contention, the record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Thomas, 34 NY3d 545; People v Lopez, 6 NY3d 248; cf. People v Sutton, 184 AD3d 236, 245). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the fine imposed as part of the sentence was excessive (see People v Lopez, 6 NY3d at 255-256).
BARROS, J.P., BRATHWAITE NELSON, WARHIT, VENTURA and QUIRK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court